**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00625-JSD |
| | ) | |
| JUDGE DEWAYNE JOHNSON and ST. CHARLES COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis* on appeal. ECF No. 10. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, *see* ECF Nos. 6 & 7; 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 10] is **DENIED**.

Dated this 13th day of October 2026.



CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE